1  Anthony D. Agpaoa, SBN 189749
   LAW OFFICES OF ANTHONY D. AGPAOA
2  870 Market St, Suite 400
   San Francisco, CA  94102
3  (415) 989-1476
   (415) 989-1477 (fax)
4  tdagpaoa@aol.com

5  Attorney for Claimant/Owner (LA SHAWNDA SANDERS-MENIFEE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|   |   |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**(1) 1999 LINCOLN NAVIGATOR (VIN 5LMPU28A0XLJ29675), CALIFORNIA LICENSE NUMBER 5HQG955, AND (2) HIGH STANDARD, MODEL SPORT DELUXE PUMP ACTION, 12 GAUGE SHOTGUN, SHORTENED BARREL (SERIAL NUMBER 3139102),**<br><br>Defendants. | Case No.: C 06 - 1152 EMC<br><br>[~~PROPOSED~~] **ORDER**<br><br>**(GRANTING CLAIMANT/OWNER EXTENSION OF TIME TO ANSWER COMPLAINT)** |

This Court, having reviewed Claimant/Owner's, La Shawnda Sanders-Menifee, REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT FOR FORFEITURE, and having found good cause to grant such request, herewith orders the following:

Claimant Owner's Answer to the Complaint is **due 15 days from the date of this order.**

.

[~~PROPOSED~~] **ORDER**

July ~~19~~ 21, 2006 _____

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

1