1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )
14                                         )   C 06-1152 EMC
                       Plaintiff,          )
15                                         )
              v.                           )
16                                         )   STIPULATION AND ORDER
   (1) 1999 LINCOLN NAVIGATOR (VIN        )   RESCHEDULING THE CASE
17 5LMPU28A0XLJ29675), CALIFORNIA         )   MANAGEMENT CONFERENCE TO
   LICENSE NUMBER 5HQG955, AND             )   DECEMBER 6, 2006
18 (2) HIGH STANDARD, MODEL SPORT         )
   DELUXE PUMP ACTION, 12 GAUGE,           )   ORDER
19 SHOTGUN SHORTENED BARREL               )
   (SERIAL NUMBER 3139102),                )
20                                         )
                       Defendants.         )
21 _____)
                                           )
22 LA SHAWNDA SANDERS-MENIFEE,            )
                                           )
23                     Claimant.           )
                                           )
24 _____)

25      The parties agree, subject to the Court's approval, that the case management conference

26 currently scheduled for Wednesday, October 25, 2006, at 2:30 p.m., be rescheduled for

27 December 6, 2006, at 1:30 p.m. The reason for rescheduling is that the undersigned government

28 counsel is out on medical leave.

1  IT IS SO STIPULATED:                    KEVIN V. RYAN
                                           United States Attorney
2

3  Dated: October 19, 2006
                                           PATRICIA J. KENNEY
4                                          Assistant United States Attorney
                                           Attorneys for the United States of America
5

6
   Dated: October 18, 2006
7                                          ANTHONY D. AGPAOA
                                           Attorney for Claimant La Shawnda
8                                          Sanders-Menifee

9

10  IT IS SO ORDERED ON THIS ___19___ DAY OF OCTOBER, 2006.   A joint case management conference
                                                              statement shall be filed by 11/29/06.
11

12                                         _____
                                           HONORABLE EDWARD M. CHEN
13                                         United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*

Stipulation & Order Rescheduling CMC
C 06-1152 EMC                              2