```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, CA 94102
        Telephone: 415.436.6857
 7      Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br>(1) 1999 LINCOLN NAVIGATOR (VIN      )<br>5LMPU28A0XLJ29675), CALIFORNIA       )<br>LICENSE NUMBER 5HQG955, AND          )<br>(2) HIGH STANDARD, MODEL SPORT       )<br>DELUXE PUMP ACTION, 12 GAUGE,        )<br>SHOTGUN SHORTENED BARREL             )<br>(SERIAL NUMBER 3139102),             )<br>                                    )<br>             Defendants.            )<br>_____) | No. 06-01152 EMC<br><br>STIPULATION OF THE PARTIES:<br><br>(1) THAT LA SHAWNDA SANDERS-MENIFFE DOES NOT WISH TO DEFEND CAPTIONED-DEFENDANTS, AND<br><br>(2) TO THE ENTRY OF A DEFAULT JUDGMENT IN FAVOR OF THE UNITED STATES |

The parties agree, subject to the Court's approval that (1) La Shawnda Sanders-Menifee does not wish to appear and defend the above captioned defendants and (2) that, after having provided proper notice, the United States is entitled to the entry of a default judgment.

1. On February 16, 2006, the United States filed this forfeiture action.

2. The United States properly gave notice of the instant action to La Shawnda Sanders-Menifee and Duanieal Paul Menifee, her husband, by serving them with copies of the Complaint and related documents at their last known addresses on or about March 2, 2006. *See* Certificate of Service, filed March 2, 2006.

3. The United States also properly published notice of this action, three consecutive weeks (March 30, April 6 and April 13, 2006), in a newspaper of general circulation. *See* Proof of Publication, filed June 6, 2006.

4. No person filed a claim. The only person who filed an answer was La Shawnda Sanders-Menifee. *See* Verified Answer to the Government's Complaint for Forfeiture, filed May 22, 2006; Order entered July 21, 2006.

5. Ms. Menifee no longer wishes to defend the above-captioned defendants, and agrees that the Court can enter a Default Judgment in favor of the United States without further notice to her. The United States will submit a proposed Default Judgment to the Court for entry.

IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: December 5, 2006

PATRICIA J. KENNEY
Assistant United States Attorney


LAW OFFICES OF ANTHONY D. AGPAOA

Dated: December 5, 2006

ANTHONY D. AGPAOA
Attorney for La Shawnda Sanders-Menifee


IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 7th DAY OF DECEMBER, 2006. FURTHER, THE UNITED STATES SHALL SUBMIT A PROPOSED DEFAULT JUDGMENT.

HONORABLE EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stip & Order.
No. 06-1152 EMC                 2